Exhibit A

45D01-2304-CT-000395

Filed: 4/4/2023 10:06 AM
Clerk
Lake County, Indiana

Lake Superior Court, Civil Division

USDC IN/ND case 2:23-cv-00241-CCL-AZ   document 5   filed 04/04/23   page 1 of 3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT / SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN LAKE COUNTY, INDIANA |

PATRICIA FUERY, )
)
    Plaintiff, )
)
v. ) CAUSE NO.:
)
WALGREENS – STORE #10534, )
)
    Defendant. )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW, the Plaintiff, Patricia Fuery, by Counsel, Kyle B. Lawrence, of Walter J. Alvarez, P.C., and for her cause of action against Defendant, Walgreens – Store #10534, now states as follows:

1. This is a civil action for injuries and damages that the Plaintiff, Patricia Fuery, sustained as a result of a slip and fall which occurred on December 23, 2021, in the store/facility, commonly known as Walgreens – Store #10534, located at or near 1939 Indianapolis Blvd., in Whiting, Lake County, State of Indiana, which was owned, operated and/or controlled by the Defendant, Walgreens – Store #10534.

2. At said date and time, the Plaintiff was lawfully on the premises of the Defendant as an invitee and with the permission of, and for the benefit of, the Defendant.

3. At said date and time, due to the negligence of the Defendant, the Plaintiff slipped/tripped and fell due to an object on the floor and/or uneven surface of the floor, of the Defendant's premises, and sustained injuries.

4. That the Defendant had a duty to the Plaintiff to maintain the premises in a reasonably safe condition, and that the Defendant was negligent regarding same.

5. That the Defendant's negligence includes, but is not limited to, all of the following:

 a. Failing to provide a reasonably safe walkway for invitees to enter and exit;

 b. Failure to exercise reasonable care to discover a dangerous condition which provided an unreasonable risk of harm to Plaintiff;

 c. Failing to operate the establishment in a reasonably careful and prudent manner;

 d. Failure to exercise reasonable care to protect invitees against danger, when the Defendant knew, or should have known that its invitees would not realize the danger or would fail to protect themselves against said danger;

 e. Failing to follow recommendations that would prevent this aforementioned hazard;

 f. Failing to use the requisite degree of care that a reasonably prudent person would have used under the same or similar conditions;

 g. Failure to exercise reasonable and prudent care for the safety of their invitees;

 h. Negligent hiring and/or training and/or supervision of individuals, employees, and/or other entities;

 i. Failing to adequately maintain the premises in a safe condition and/or alert the Plaintiff of the unsafe and/or dangerous conditions; and

 j. Failure to comply with the doctrine of spoliation of evidence, pursuant to Indiana law, to maintain and preserve evidence.

6. That as a direct and proximate result of the negligence of the Defendant, the Plaintiff sustained injuries, some of which are permanent, incurred medical expenses for care, testing and treatment, suffered loss of wages and earning ability, and an inability to engage in their normal daily activities for an indefinite period of time.

WHEREFORE, the Plaintiff, by Counsel, demands judgment against the Defendant, Walgreens – Store #10534, and prays as follows:

1. For reasonable compensatory damages;
2. For pre-judgment interest and post judgment interest;
3. For the costs of this action; and
4. For all other necessary and proper relief.

WALTER J. ALVAREZ, P.C.
Attorneys for Plaintiff

By: ___*Kyle B. Lawrence /WE*___
Kyle B. Lawrence, #32049-64
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN 46307
(219) 662-6400

**PLAINTIFF DEMANDS TRIAL BY JURY.**

WALTER J. ALVAREZ, P.C.
Attorneys for Plaintiff

By: ___*Kyle B. Lawrence /WE*___
Kyle B. Lawrence, #32049-64
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN 46307
(219) 662-6400